UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JON JASON KING, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF RICHLAND, OFFICER JASON CROUCH AND OFFICER JORY PARISH, <br><br> Defendants. | NO. CV-13-5130-JPH <br><br> **ORDER ADOPTING STIPULATED MOTION FOR PROTECTIVE ORDER** |

On January 13, 2015 Plaintiff and Defendants, by and through their attorney, agreed and stipulated pursuant to FRCP 29, to a protective order regarding certain "Protected Documents."

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Plaintiff will not disclose or share any part of the "Protected Documents" described below or any information gleaned from said documents with any person except as expressly provided herein.

2. The Protected Documents covered by this Order are described as follows: PPCT Management Systems, Inc. Defensive Tactics Student Manual chapter 2 and portions of chapters 5 and 6.

**ORDER - 1**

3. Prior to any disclosure of Protected Documents as described in this Order, Plaintiff shall obtain from each proposed recipient of the Protected Documents their signature on a copy of the Protective Order that states that the recipient has received a copy of the Protective Order regarding the Protected Documents and agrees to be bound by such order. By signing a copy of the Protective Order the recipient agrees that he or she has read the order, represents that he or she is a person permitted to have access to information from the Protected Documents and agrees that he or she will make no further disclosure of the information received, will personally protect the confidentiality of all copies and will either return them to Defendants' attorneys at the conclusion of this case, or will at that time personally destroy them and upon request from Defendants will provide a sworn affidavit that he or she has done so.

4. Subject to the terms of this Order, Plaintiff may allow inspection of Protected Documents or discuss the contents of Protected Documents or information therefrom only with the following categories of persons and no other:

a. Duly licensed and professional experts, consultants or investigators retained by Plaintiff to assist in evaluation, preparation or testimony in this case;

b. Any court personnel, court reporter, mediator, judge and or jury in this case;

**ORDER - 2**

   c. Any person identified as having authored or previously received the material.

5. If it becomes necessary for either party to submit a Protected Document to the court, that party shall inform the other with sufficient time prior to the filing of the Protected Document such that a motion to seal the Protected Document can be noted prior to filing.  A motion to seal will not be granted unless the motion and supporting documents establish compelling reasons to seal.

6. Plaintiff shall use the Protected Documents or information obtained from them only for the purpose of prosecuting this litigation.

7. At the time of exchange of exhibit lists, the Plaintiff shall list in the exhibit list for his case in chief any Protected Document he intends to use at the time of trial by designating the exhibit as a "PROTECTED DOCUMENT" in capital letters.  The Defendants may request an in camera review of the exhibit and make the appropriate motion for the handling of the document at trial in accordance with the Jury Trial Scheduling Order.

8. Nothing in this Protective Order shall limit any producing party's use of its own documents nor prevent any producing party from disclosing its confidential information to any person.

9. The Court retains jurisdiction to make any amendments, modifications or additions to the Protective Order as it deems appropriate.

**ORDER - 3**

10. The parties, by stipulation, may add additional documents to be covered by this Order.

Dated this 13th day of January, 2015.

                                      *s/ James P. Hutton*
                                      JAMES P. HUTTON
                                      United States Magistrate Judge

**ORDER - 4**