# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JON JASON KING

    *Plaintiff*

v.

CITY OF RICHLAND et al

    *Defendant*

Civil Action No. 2:13-CV-5130-JPH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James P. Hutton on a motion for summary judgment.

Date: May 7, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Karen White
    *(By) Deputy Clerk*